AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF    NEVADA

AMADEO SANCHEZ,

      Plaintiff,
V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:13-cv-00149-MMD-VPC

STATE OF NEVADA, et al.,

      Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

July 16, 2013                                                                         **LANCE S. WILSON**
                                                                                                               Clerk

                                                                                                           /s/ K. Rusin
                                                                                                           Deputy Clerk