AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

AMADEO SANCHEZ,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:   3:13-cv-00149-MMD-VPC

STATE OF NEVADA, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

July 16, 2013                                             **LANCE S. WILSON**
                                                              Clerk

                                                              /s/ K. Rusin
                                                              Deputy Clerk